**Order entered February 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00945-CR

**DESHAUN LANELL CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-53238-Q**

## ORDER

Before the Court is the State's January 29, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due February 28, 2020. This case is currently at issue.

/s/     LANA MYERS
            JUSTICE